FILED
November 5, 2012
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,          )<br>                                                             )<br>            Plaintiff,                              )<br>v.                                                        )<br>                                                             )<br>ALBERT LEE MITCHELL,                )<br>                                                             )<br>            Defendant.                         ) | Case No. 2:12MJ00289-GGH-1<br><br>ORDER FOR RELEASE OF<br>PERSON IN CUSTODY |

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release __ALBERT LEE MITCHELL__ , Case No. __2:12MJ00289-GGH-1__ , Charge __18USC § 2256(2)__ , from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    __ Release on Personal Recognizance

    __ Bail Posted in the Sum of $_____

        __ Unsecured Appearance Bond

        __ Appearance Bond with 10% Deposit

        __ Appearance Bond with Surety

        __ Corporate Surety Bail Bond

    ✔ (Other)    __Pretrial conditions as stated on the record.__

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at __Sacramento, CA__ on __November 5, 2012__ at __2:00 pm__ .

                                By   /s/ Gregory G. Hollows
                                       Gregory G. Hollows
                                       United States Magistrate Judge

Copy 5 - Court