DANIEL J. BRODERICK, #89424
Federal Defender
MATTHEW M. SCOBLE, CA Bar #237432
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
ALBERT LEE MITCHELL


IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA


| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. MAG 12-289-GGH |
| ) | |
| Plaintiff, ) | |
| ) | STIPULATION AND ORDER TO MODIFY |
| v. ) | PRETRIAL RELEASE CONDITIONS |
| ) | |
| ALBERT LEE MITCHELL, ) | |
| ) | |
| Defendant. ) | |
| ) | Judge: Hon. Gregory G. Hollows |
| _____ ) | |

   IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendant Albert Lee Mitchell, through their respective attorneys, that the release conditions imposed on Mr. Mitchell on November 5, 2012, may be modified as set forth below.

   On November 7, 2012, Mr. Mitchell's pretrial services officer contacted counsel to request that a mental health treatment condition be added to Mr. Mitchell's conditions of release. Mr. Mitchell concurs with his pretrial services officer that such counseling and treatment

would be beneficial to him.  Mr. Mitchell has complied with all conditions of release.

Accordingly, the parties agree that the following condition may be added:

> You shall participate in a program of medical or psychiatric treatment, including treatment for drug or alcohol dependency, as approved by the pretrial services officer. You shall pay all or part of the costs of the counseling services based upon your ability to pay, as determined by the pretrial services officer.

All other conditions shall remain in force.

Dated:  November 8, 2012

                                            Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

/s/ Matthew M. Scoble
MATTHEW M. SCOBLE
Assistant Federal Defender
Attorney for Defendant
ALBERT LEE MITCHELL


BENJAMIN B. WAGNER
United States Attorney

Dated:  November 8, 2012          /s/ M. Scoble for K. Reardon
KYLE REARDON
Assistant U.S. Attorney

**O R D E R**

The release conditions previously imposed on Mr. Mitchell are modified to add the following condition:

> You shall participate in a program of medical or psychiatric treatment, including treatment for drug or alcohol dependency, as approved by the pretrial services officer. You shall pay all or part of the costs of the counseling services based upon your ability to pay, as determined by the pretrial services officer.

\\\\\\

Stip & Order                              -2-

All other conditions remain in effect.

    IT IS SO ORDERED.

Dated: November 9, 2012

/s/ Gregory G. Hollows
UNITED STATES MAGISTRATE JUDGE

Stip & Order                               -3-