DANIEL J. BRODERICK, #89424
Federal Defender
MATTHEW M. SCOBLE, CA Bar #237432
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
ALBERT LEE MITCHELL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:12-CR-0401 KJM |
| Plaintiff, | |
| v. | STIPULATION AND ORDER TO MODIFY PRE-TRIAL RELEASE CONDITIONS |
| ALBERT LEE MITCHELL, | |
| Defendant. | Judge: Hon. Kendall J. Newman |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Kyle Reardon, Counsel for Plaintiff, and Assistant Federal Defender Matthew M. Scoble, Counsel for Defendant, that condition number 13 and condition number 14 of pretrial release imposed on Mr. Mitchell be modified by replacing the current language with the following:

13. You may access the Internet only for work-related purposes as approved by your Pre-Trial services officer. You may access the

Internet only using the computer described in condition 14.  You may not use any computer, device, or telephone to access the Internet, other than that described in condition 14.

14.  You are authorized to have one (1) computer in your residence.  You shall allow the pretrial services officer to install monitoring software on this computer, as approved by the Court.  You shall not remove, tamper with or in any way circumvent this software, and you are responsible to pay all costs of the monitoring software.  You may use this computer only for work-related purposes, as approved by your Pre-Trial Services officer.

The court is advised that Pretrial Services agrees to this modification and the proposed language.

**IT IS SO STIPULATED.**

Dated:  November 16, 2012        BENJAMIN WAGNER
                                 United States Attorney


                                 /s/ Kyle Reardon
                                 KYLE REARDON
                                 Assistant U.S. Attorney
                                 Counsel for Plaintiff


Dated: November 16, 2012         DANIEL J. BRODERICK
                                 Federal Defender


                                 /s/ Matthew M. Scoble
                                 MATTHEW M. SCOBLE
                                 Assistant Federal Defender
                                 Attorney for Defendant
                                 ALBERT LEE MITCHELL

//
//
//
//

Modify Pre-Trial Conditions        -2-

**O R D E R**

**IT IS SO ORDERED.**

                By the Court,

Dated: November 19, 2012

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Modify Pre-Trial Conditions       -3-