```
1  JOSEPH SCHLESINGER, Bar #87692
   Acting Federal Defender
2  MATTHEW M. SCOBLE, CA Bar #237432
   Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700
5

6
   Attorney for Defendant
7  ALBERT LEE MITCHELL

8

9                  IN THE UNITED STATES DISTRICT COURT
10
                 FOR THE EASTERN DISTRICT OF CALIFORNIA
11

12

13
   UNITED STATES OF AMERICA,      ) No. 2:12-CR-00401 KJM
14                                )
                    Plaintiff,    )
15                                ) STIPULATION AND ORDER TO MODIFY
       v.                         ) PRETRIAL RELEASE CONDITIONS
16                                )
   ALBERT LEE MITCHELL,           )
17                                )
                    Defendant.    )
18                                ) Judge: Hon. Carolyn C. Delaney
   _____)
19
```

IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendant Albert Lee Mitchell, through their respective attorneys, that the release conditions imposed on Mr. Mitchell on November 5, 2012, may be modified as set forth below.

Mr. Mitchell is self-employed, and the use of a computer is integral to his ability to run his business. This need is at odds with the typical practice in cases such as this, which is to prohibit computer access. Pre-Trial Services and the parties have met and

conferred and arrived at a mutually agreeable solution.

Accordingly, the parties and Pre-Trial Services agree that the following conditions may be modified as follows:

13. You are authorized to use the one (1) computer currently at your residence. You shall authorize pretrial services to install monitoring software on this computer. You shall not remove, tamper with, or in any way circumvent this software, and you are responsible to pay all costs of the monitoring software. You shall only use this computer for work-related purposes, as approved by your pretrial services officer.

14. You are authorized to access the Internet using the approved computer at your residence for work-related purposes only, as approved by pretrial services. However, one website that <u>shall not</u> be accessed for work purposes is <u>craigslist.com</u>. You shall not access your craigslist account and shall attempt to delete your craigslist account through a third party and provide pretrial services with verification. You are authorized to have a third party create a new separate craigslist account (not in your name) for the purpose of buying and selling your merchandise. You shall not access this third party account. Any emails from potential craigslist buyers or sellers will be forwarded to you by your third party. You may respond directly to these emails, without going through your third party. You are authorized to communicate via email for the purposes of contacting pretrial services and for purposes specifically related to your employment.

All other conditions shall remain in force.

Dated: March 8, 2013

Respectfully submitted,

JOSEPH SCHLESINGER
Acting Federal Defender


/s/ Matthew M. Scoble
MATTHEW M. SCOBLE
Assistant Federal Defender
Attorney for Defendant
ALBERT LEE MITCHELL



BENJAMIN B. WAGNER
United States Attorney


Dated: March 8, 2013              /s/ M. Scoble for K. Reardon
                                  KYLE REARDON
                                  Assistant U.S. Attorney

US v. Mitchell
2:12-CR-00401 KJM
Stip & Order                    -2-

**O R D E R**

The release conditions previously imposed on Mr. Mitchell are modified to add the following condition:

> 13.  You are authorized to use the one (1) computer currently at your residence.  You shall authorize pretrial services to install monitoring software on this computer.  You shall not remove, tamper with, or in any way circumvent this software, and you are responsible to pay all costs of the monitoring software.  You shall only use this computer for work-related purposes, as approved by your pretrial services officer.
>
> 14.  You are authorized to access the Internet using the approved computer at your residence for work-related purposes only, as approved by pretrial services.  However, one website that <u>shall not</u> be accessed for work purposes is <u>craigslist.com</u>.  You shall not access your craigslist account and shall attempt to delete your craigslist account through a third party and provide pretrial services with verification.  You are authorized to have a third party create a new separate craigslist account (not in your name) for the purpose of buying and selling your merchandise.  You shall not access this third party account.  Any emails from potential craigslist buyers or sellers will be forwarded to you by your third party.  You may respond directly to these emails, without going through your third party.  You are authorized to communicate via email for the purposes of contacting pretrial services and for purposes specifically related to your employment.

All other conditions remain in effect.

IT IS SO ORDERED.

Dated: March 11, 2013

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

US v. Mitchell
2:12-CR-00401 KJM
Stip & Order                              -3-