HEATHER E. WILLIAMS, #122664
Federal Defender
MATTHEW SCOBLE, #237432
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700/Fax 916-498-5710
matthew.scoble@fd.org

Attorney for Defendant
ALBERT LEE MITCHELL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 12-CR-00401 KJM |
|---|---|
| Plaintiff, | ) |
| | ) **ORDER SEALING EX PARTE DOCUMENT** |
| v. | ) |
| ALBERT LEE MITCHELL, | ) |
| Defendant. | ) |

Pursuant to Local Rule 141, based on a request to seal, defense counsel's five-page ex parte declaration supporting his motion for production of computer media shall be SEALED until further order of this Court.

IT IS SO ORDERED.

Dated: September 15, 2014

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

-1-