| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, #122664 |
| | Federal Defender |
| 2 | MATTHEW M. SCOBLE, #237432 |
| | Assistant Federal Defender |
| 3 | Designated Counsel for Service |
| | 801 I Street, 3rd Floor |
| 4 | Sacramento, CA 95814 |
| | Telephone: (916) 498-5700 |
| 5 | |
| | Attorney for Defendant |
| 6 | ALBERT LEE MITCHELL |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 12-cr-401 KJM |
| | ) | |
| Plaintiff, | ) | STIPULATION AND [PROPOSED] ORDER |
| | ) | TO CONTINUE THE MOTION FOR COURT |
| v. | ) | ORDER AUTHORIZING RELEASE OF |
| | ) | COMPUTER MEDIA TO DEFENSE EXPERT |
| ALBERT LEE MITCHELL, | ) | |
| | ) | Date: October 21, 2014 |
| Defendant. | ) | Time: 2:00 p.m. |
| | ) | Judge: Hon. Dale A. Drozd |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Josh F Sigal, Assistant United States Attorney, attorney for Plaintiff, and Matthew Scoble, Assistant Federal Defender, attorney for Mr. Mitchell, that the motion for order authorizing release of computer media to defense expert be continued from October 8, 2014 at 2:00 p.m. to October 21, 2014 at 2:00 p.m.

The reason for the continuance is defense counsel needs additional time to prepare.

Based upon the foregoing, the parties agree that the time under the Speedy Trial Act should be excluded from the date of signing of this order through and including October 21, 2014 pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and Local Code T4 based upon continuity of counsel and defense preparation.

///

///

///

Stipulation and [Proposed] to Continue Motion        -1-        *US v. Mitchell, 12-cr-401 KJM*

| | |
|---|---|
| DATED: October 2, 2014 | Respectfully submitted, |
| | HEATHER E. WILLIAMS<br>Federal Defender |
| | */s/ Matthew M. Scoble*<br>MATTHEW M. SCOBLE<br>Assistant Federal Defender<br>Attorney for ALBERT LEE MITCHELL |
| DATED: October 2, 2014 | BENJAMIN B. WAGNER<br>United States Attorney |
| | */s/ Josh F Sigal*<br>Josh F Sigal<br>Assistant U.S. Attorney<br>Attorney for Plaintiff |

**ORDER**

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the October 8, 2014 Motion Hearing is continued to Ocotober 21, 2014 at 2:00 p.m. Based on the representation of defense counsel and good cause appearing there from, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. It is ordered that time up to and including the Ocotber 21, 2014 Motion Hearing shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T-4, to allow defense counsel reasonable time to prepare.

Dated: October 2, 2014

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE