HEATHER E. WILLIAMS, #122664
Federal Defender
MATTHEW M. SCOBLE, #237432
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700/Fax 916-498-5710
matthew.scoble@fd.org916-498-5700/Fax 916-498-5710

Attorney for Defendant
ALBERT LEE MITCHELL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:12-CR-0401 |
| Plaintiff, | STIPULATION AND [~~PROPOSED~~] ORDER: DATE OF EVIDENTIARY HEARING |
| vs. | Date: January 26, 2015 |
| ALBERT LEE MITCHELL, | Time: 9:00 a.m. Judge: Hon. Allison Claire |
| Defendant. | |

On October 21, 2014, the parties appeared before the Honorable Judge Claire regarding a defense motion to compel the production of computer media. All parties and the Court concurred that given the litigation posture of the case, an evidentiary hearing was necessary. The parties agreed to meet and confer to determine a mutually agreeable date to conduct such a hearing. The parties have now met and conferred and are available to conduct an evidentiary hearing on January 26, 2015. The parties' respective expert witnesses are also available on that date.

Accordingly, it is hereby stipulated by and between the parties hereto through their respective counsel, Josh Sigal, Assistant United States Attorney, attorney for Plaintiff, and Matthew M. Scoble, attorney for Albert Mitchell, that the defense motion to compel production of computer media [Dkt #56], be set for evidentiary hearing on January 26, 2015.

Based upon the foregoing, the parties agree that the time under the Speedy Trial Act should be excluded from the date of signing of this order through and including January 26,

1  2015 pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and Local

2  Code T4 based upon continuity of counsel and defense preparation, as well as 18 U.S.C. §3161

3  (h)(1)(D) and Local Code E [pretrial motions].

5  Dated: October 30, 2014

6                                          HEATHER E. WILLIAMS
                                           Federal Defender

8                                          /s/ MATTHEW M. SCOBLE
                                           MATTHEW M. SCOBLE
9                                          Assistant Federal Defender
                                           Attorney for Defendant
10                                         ALBERT LEE MITCHELL

11  DATED: October 30, 2014                BENJAMIN B. WAGNER
                                           United States Attorney

13                                         /s/ Josh Sigal
14                                         JOSH SIGAL
                                           Assistant U.S. Attorney
15                                         Attorney for Plaintiff

16  //
    //
17  //

# ORDER

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the defense motion to compel production of computer media be set for evidentiary hearing on January 26, 2015, at 9:00 a.m.  Based on the representation of defense counsel and good cause appearing there from, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.  It is ordered that time up to and including the January 26, 2015 hearing date shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T-4, to allow defense counsel reasonable time to prepare, as well as 18 U.S.C. §3161 (h)(1)(D) and Local Code E [pretrial motions].

DATED: November 4, 2014

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE