| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, #122664 |
| | Federal Defender |
| 2 | Matthew M. Scoble, #237432 |
| | Assistant Federal Defender |
| 3 | 801 I Street, 3rd Floor |
| | Sacramento, CA 95814 |
| 4 | Tel: 916-498-5700/Fax 916-498-5710 |
| | matthew.scoble@fd.org |
| 5 | |
| 6 | Attorney for Defendant |
| | Albert Lee Mitchell |
| 7 | |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case № 2:12-CR-0401 KJM |
|---|---|
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER TO CONTINUE DATE OF EVIDENTIARY HEARING |
| v. | |
| ALBERT LEE MITCHELL, | DATE: March 30, 2015 |
| | TIME 9:00 a.m. |
| Defendant. | JUDGE: Hon. Allison Claire |

IT IS HEREBY STIPULATED by and between the parties hereto through the United States of America, by Benjamin B. Wagner, United States Attorney, through Josh F. Sigal, Assistant United States Attorney, and by Heather E. Williams, Federal Defender, through Matthew M. Scoble, Assistant Federal Defender, attorney for Defendant, that defendant's motion to compel production of computer media [Dkt # 56] evidentiary hearing set for January 26, 2015, be vacated, and be reset for evidentiary hearing on March 30, 2015, at 9:00 a.m. Based upon the foregoing, the parties agree time under Speedy Trial Act should be excluded from the date of this Order's signing through and including March 30, 2015, pursuant to 18 U.S.C. §3161 (h)(7)(A) and (B)(iv)[reasonable time to prepare,] Local Code T4 based upon defense preparation, and 18 U.S.C. §3161 (h)(1)(D) and Local Code E [pretrial motions.]

On October 21, 2014, the parties appeared before the Honorable Judge Claire regarding a defense motion to compel the production of computer media. All parties and the Court concurred

that, given the litigation posture of the case, an evidentiary hearing was necessary. New counsel is being sought due to irreconcilable differences between defendant Albert Lee Mitchell and the Federal Defender. New counsel will require additional time to prepare for the evidentiary hearing.

DATED: January 16, 2015  Respectfully submitted,
HEATHER E. WILLIAMS
Federal Defender

*/s/ Matthew M. Scoble*
Matthew M. Scoble
Assistant Federal Defender
Attorney for Albert Lee Mitchell

DATED: January 16, 2015  BENJAMIN B. WAGNER
United States Attorney

*/s/ Matthew M. Scoble for*
Josh F. Sigal
Assistant U.S. Attorney
Attorney for Plaintiff

ORDER

UPON GOOD CAUSE SHOWN and all parties' stipulations, IT IS SO ORDERED vacating the hearing set for January 26, 2015, at 9:00 a.m. and resetting Defendant' motion to compel production of computer media for evidentiary hearing on March 30, 2015, at 9:00 a.m. Based on the Defendant's representations and good cause appearing therefrom, the Court specifically finds the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds the ends of justice are served by granting the requested continuance and outweigh the best interests of the public and defendant in a speedy trial.

The Court orders time from this Order's date, up to and including March 30, 2015, shall be excluded from time computation within which the trial must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and(B)(iv) [reasonable time for counsel to

prepare] and General Order 479 (Local Code T4), and 18 U.S.C. §3161 (h)(1)(D) and Local Code E [pretrial motions].

Dated: January 20, 2015

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE