BENJAMIN B. WAGNER
United States Attorney
JOSH F. SIGAL
Special Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                   Plaintiff,<br><br>    v.<br><br>ALBERT LEE MITCHELL,<br><br>                   Defendant. | CASE NO. 12-CR-401 KJM AC<br><br>NOTICE OF ASSERTION OF CRIME VICTIM RIGHTS<br><br>Hearing date: May 11, 2015<br>Hearing time: 9:00 a.m.<br>Before: Hon. Allison Claire |

      This case is before the Court following an October 21, 2014 hearing on the defendant's motion to authorize the release of computer media to the defense expert. (Dkt. 56). Following a change in defense counsel, this matter was set for an evidentiary hearing on May 11, 2015.

      Two of the known victims in this case, and one victim representative, have expressly asked that the pictures of them not be released in the way defendant seeks. A crime victim has "[t]he right to be treated with fairness and with respect for the victim's dignity and privacy." 18 U.S.C. § 3771(a)(8). The attorney for the Government may assert, and does assert, this important interest on the victims' behalf. 18 U.S.C. § 3771(d)(1). Letters expressing the victims' position are attached. Exhibits 1-3.

1

Notice of Assertion of Crime Victim Rights

| | |
|---|---|
| Dated: May 7, 2015 | BENJAMIN B. WAGNER<br>United States Attorney |
| | /s/ *JOSH F. SIGAL*<br>JOSH F. SIGAL<br>Special Assistant U.S. Attorney |