# United States District Court
## EASTERN DISTRICT OF CALIFORNIA

**FILED**
SEP 2 5 2015
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

United States of America
vs.
Albert Lee Mitchell

Case No. 2:12-CR-0401-KJM

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, __Albert Lee Mitchell__, have discussed with __Ryan Garcia__, Pretrial Services Officer, modifications of my release conditions as follows:

Remove the following condition of release:

You shall submit to drug and/or alcohol testing as approved by the pretrial services officer. You shall pay all or part of the costs of the testing services based upon your ability to pay, as determined by the pretrial services officer.

Reason for modification: The defendant has been drug testing since November of 2012. He has not sustained any positive drug tests since that time.

Pretrial Services concurs with the modification. All other conditions shall remain in full force and effect.

I consent to this modification of my release conditions and agree to abide by this modification.

_____ 9/15/15  _____ 9/18/15
Signature of Defendant    Date      Signature of Pretrial Services Officer   Date

I have reviewed the conditions and concur that this modification is appropriate.

_____ 9/21/15
Signature of Assistant U.S. Attorney   Date

I have reviewed the conditions with my client and concur that this modification is appropriate.

_____ 9/16/15
Signature of Defense Counsel   Date

## ORDER OF THE COURT

☒ The above modification of conditions of release is ordered, to be effective on __9/25/15__

☐ The above modification of conditions of release is *not* ordered.

_____                    9/25/15
Judicial Officer Signature                   Date