MICHAEL CHASTAINE, State Bar #121209
THE CHASTAINE LAW OFFICE
2377 Gold Meadow Way, Suite 100
Gold River, CA 95670
Telephone: 916-732-7150

Attorneys for Defendant
Albert Mitchell

# FILED

**JAN 29 2016**

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
       DEPUTY CLERK



IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

    v.

ALBERT MITCHELL

    Defendant.

)
)
)
)
)
)
)
)
)
)

Case No.: 2:12 CR 401 KJM

NOTICE TO REQUEST TO SEAL
DOCUMENTS; REQUEST TO SEAL
DOCUMENT AND ~~PROPOSED~~ ORDER

     Mr. Mitchell is currently set for jury trial on March 7, 2016. Mr. Mitchell is

requesting to continue the trial date till late June or early July, 2016. The justification for

this request requires that counsel expose information covered by the Attorney/Client

privilege, Attorney work product and attorney trial strategy. Therefore, counsel is

seeking to file his Declaration under seal.

     The Requested document to be sealed is entitled DECLARATION UNDER SEAL

IN SUPPORT OF MOTION TO COINTINUE JURY TRIAL DATE. This is a

declaration of Michael Chastaine, attorney for the defendant Albert Mitchell. This

declaration exposes information covered by the Attorney/Client privilege, Attorney work

product and attorney trial strategy. This document should not be released to the

1

prosecution in that it would provide an unfair advantage, expose client communications, attorney work product and thought process.

This Notice has been service on counsel for the United States.

Courts generally accept attorney-client privilege and the work-product-doctrine as a "compelling reason" justifying a motion to seal. (See Lugosch v. Pyramid Co. of Onondaga, 435 F.3d 110, 125 (2d Cir. 2006) (stating "attorney-client privilege might well be such a compelling reason" to preserve seal) (*Hanson v. Wells Fargo Home Mortg., Inc.* (W.D.Wash. Oct. 17, 2013, No. C13-0939JLR) 2013 U.S. Dist. LEXIS 149752, at 6.)

No one other than the court should be permitted to access this document.

Dated: January 13, 2016          By: _____ /s/ Michael Chastaine
                                 MICHAEL CHASTAINE
                                 Attorney for Albert Mitchell

ORDER

Good cause appearing, the Court grants Mr. Mitchell's Request to Seal the DECLARATION UNDER SEAL IN SUPPORT OF MOTION TO CONTINUE JURY TRIAL DATE. This document shall remain under seal until further order by the Court.

Dated: 1/28/16

Kimberly J. Mueller
United States District Judge

2