UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ALBERT LEE MITCHELL,<br><br>Defendant. | No. 2:12-cr-401-KJM<br><br>ORDER |

Presently pending before the court is defendant's motion for discovery filed on May 3, 2016. (ECF No. 123.) The United States opposed the motion. (ECF No. 129.) At the May 16, 2016 hearing on the motion, attorneys Audrey Hemesath and Josh Sigal appeared on behalf of the United States, and attorney Michael Chastaine appeared on behalf of defendant. (ECF No. 131.)

In its opposition to defendant's motion, the United States affirmatively represented that it was not in possession of some of the items requested by defendant, and that certain requested items had already been produced to defendant. Based on the United States' written responses, as well as further discussions with the parties at the hearing, IT IS HEREBY ORDERED that:

1. Defendant's motion for discovery (ECF No. 123) is GRANTED IN PART and DENIED IN PART.
2. The court denies defendant's motion as to Request No. 1 (the service records), because

| | |
|---|---|
| 1 | the United States represents that it is not in possession of such records. |
| 2 | 3. The court denies defendant's motion as to Request No. 2 (the photographs and photo |
| 3 | logs), because the United States represents that all photos and metadata associated |
| 4 | with the photos in the United States' possession have been produced. |
| 5 | 4. The court grants in part defendant's motion as to Request No. 3 (the evidence logs). |
| 6 | The United States shall promptly produce to the defense its chain of custody logs, or if |
| 7 | already produced, shall identify for the defense the portion of a prior production in |
| 8 | which such logs are located. |
| 9 | 5. The court denies defendant's motion as to Request No. 4 (radio communication |
| 10 | logs/transcripts), because the United States represents that it is not in possession of |
| 11 | such materials. |
| 12 | 6. The court denies defendant's motion as to Request No. 5 (agent notes), because the |
| 13 | United States represents that it has already produced all such materials in its |
| 14 | possession. |
| 15 | 7. The court denies defendant's motion as to Request No. 6 (sketches or diagrams of the |
| 16 | Mitchell home), because the United States represents that it has already produced all |
| 17 | such materials in its possession. |
| 18 | 8. The court grants in part defendant's motion as to Request No. 7 (electronic copy of a |
| 19 | specified pathway). The United States shall continue to provide the defense with |
| 20 | access to a pathway on one of the seized hard drives referenced in defendant's motion. |
| 21 | (See ECF No. 123 at 10.) Defendant is free to make its own electronic copy of the |
| 22 | referenced pathway, or parts thereof, <u>excluding copies of the contraband images</u> |
| 23 | <u>themselves</u>, pursuant to the terms of the court's discovery order. (See ECF No. 107.) |
| 24 | Defendant's request to have the United States make and produce such an electronic |
| 25 | copy is denied without prejudice to its renewal in the event that the defense encounters |
| 26 | technological obstacles to making such an electronic copy that cannot be resolved |
| 27 | //// |
| 28 | //// |

without the United States' assistance.

IT IS SO ORDERED.

Dated: May 17, 2016

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE