MICHAEL CHASTAINE, SBN: 121209
The Chastaine Law Office
2377 Gold Meadow Way
Gold River, California 95670
 (916) 932-7150
Mike@Chastainelaw.net

Attorney for Albert Mitchell

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| THE UNITED STATES OF AMERICA, | ) | CR. S-12-401 KJM |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | DEFENDANT ALBERT MITCHELL'S |
| | ) | TRIAL BRIEF |
| ALBERT MITCHELL, | ) | |
| Defendant. | ) | Date: June 1, 2016 |
| | ) | Time: 9:00 a.m. |
| _____ | ) | Judge: Hon. Kimberly Mueller. |

Defendant ALBERT MITCHELL submits the following trial brief.

CASE SUMMARY

Law enforcement agents executed a search warrant at the home of Albert Mitchell. Seized from his home were several computers. Child Pornography was found on a computer and hard drive. Mr. Mitchell denies that he knowingly possessed the child pornography located on the computer. Mr. Mitchell maintains that this was a computer was accessed by a third party and the child pornography was downloaded without his knowledge or consent.

STIPULATIONS.

Mr. Mitchell is prepared to stipulate that images found on the computer and hard drives in question contained Child Pornography and that anyone who read certain file titles would have known that they contained Child Pornography. Mr. Mitchell will agree to stipulate that images are of real, live children and that the images came through the

internet, that some of the images were taken outside of California and that components of the computer were manufactured outside of California.

REASONABLY ANTICIPATED DISPUTES

1. Admission of images or videos of child pornography as addressed in the motions in limine;

2. Admission of meta data and invoices from the computer in the control of the Government;

3. Admission of exhibits located by the Federal Public Defender Investigator.

Dated:       May 26, 2016

                                  /s/ Michael Chastaine
                                  Michael Chastaine
                                  Attorney for Albert Mitchell