MICHAEL CHASTAINE, SBN 121209
The Chastaine Law Office
2377 Gold Meadow Way
Gold River, California 95670
(916) 932-7150
Mike@Chastainelaw.net

Attorney for Albert Mitchell

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, | ) 2:12 CR 401 KJM |
|           Plaintiff, | ) |
| | ) |
|   v. | ) DEFENDANT ALBERT MITCHELL'S |
| | ) EXHIBIT LIST |
| ALBERT MITCHELL, | ) |
|          Defendants. | ) Date: June 1, 2016 |
| | ) Time: 9:00 a.m |
| | ) Judge: Hon. Kimberly Mueller |
| _____ | ) |

      Attached is Defendant's current Exhibit List.  As Counsel for Mr. Mitchell continues

to review documents, he will ask leave to expand this list.

Respectfully submitted,

Dated: May 26, 2016                    /s/ Michael Chastaine_____
                                       Michael Chastaine
                                       Attorney for Albert Mitchell

1

Defendant's Exhibit List

| Exhibit ID | Description | Bates No. | Offered | Admitted |
|---|---|---|---|---|
| A | Invoice # PH6007, Jan 1, 2012 – Ord | | | |
| B | Invoice # PH4015, Jan 3, 2012 – Tra | | | |
| C | Invoice # PH4016, Jan 3, 2012 – Tra | | | |
| D | Invoice #PH417, Jan 6, 2012 – McC | | | |
| E | Invoice # PH2015, Jan 6, 2012 – McC | | | |
| F | Invoice # PH2017b, Jan 13, 2012 – McC | | | |
| G | Invoice # PH2018, Jan 13, 2012 – McC | | | |
| H | Invoice # PH4018, Jan 20, 2012 -Tra | | | |
| I | Invoice # PH2019, Jan 20, 2012 – McC | | | |
| J | Invoice # PH4019, Jan 27, 2012 – Tra | | | |
| K | Invoice # PH2001, Feb 1, 2011 – McC | | | |
| L | Invoice # PH4001, Feb 18, 2011 – Tra | | | |
| M | Invoice # PH2002, Feb 21, 2011 – McC | | | |
| N | Invoice # PH4020, Feb 3, 2012 – Tra | | | |
| O | Invoice # PH4021, Feb 6, 2012 – Tra | | | |
| P | Invoice # PH2020d, Feb 10, 2012 – McC | | | |
| Q | Invoice # PH4022, Feb 16, 2012 – Tra | | | |
| R | Invoice # PH3008, Feb 21, 2012 – B | | | |
| S | Invoice # PH2021, Feb21, 2012 – McC | | | |
| T | Invoice # PH2022, Feb 21, 2012 – McC | | | |
| U | Invoice # PH3009, Feb 23, 2012 - B | | | |
| V | Invoice # PH2023, Feb 28, 2012 – McC | | | |

| | | | | |
|---|---|---|---|---|
| W | Invoice # PH3002, Mar 22, 2011 – B | | | |
| X | Invoice # PH4023, Mar 3, 2012 – Tra | | | |
| Y | Invoice # PH3010, Mar 6, 2012 – B | | | |
| Z | Invoice # PH4024, Mar 19, 2012 – Tra | | | |
| AA | Invoice # PH2024, Mar 23, 2012 – McC | | | |
| BB | Invoice # PH2025, Mar 23, 2012 – McC | | | |
| CC | Invoice # PH5012, Mar 25, 2012 – Moff | | | |
| DD | Invoice # PH4025, Mar 25, 2012 – Tra | | | |
| EE | Invoice # PH5013, Mar 26, 2012 – Moff | | | |
| FF | Invoice # PH2003, Apr 6, 2011 – McC | | | |
| GG | Invoice # PH5001, Apr 6, 2011 – Moff | | | |
| HH | Invoice # PH4002, Apr 9, 2011 – Tra | | | |
| II | Invoice # PH2004, Apr 12, 2011 – McC | | | |
| JJ | Invoice # PH4003, Apr 29, 2011 – Tra | | | |
| KK | Invoice # PH4005, Apr 29, 2011 – Tra | | | |
| LL | Invoice # PH 4004, Apr 29, 2011 – Tra | | | |
| MM | Invoice # PH6008, Apr 3, 2012 – Ord | | | |
| NN | Invoice # PH 4026, Apr 9, 2012 – Tra | | | |
| OO | Invoice # PH2026, Apr 13, 2012 – McC | | | |
| PP | Invoice # PH4027b, Apr 18, 2012 – Tra | | | |
| QQ | Invoice # PH2027, Apr 20, 2012 – McC | | | |
| RR | Invoice # PH2028, Apr 25, 2012 – McC | | | |

| | | | | |
|---|---|---|---|---|
| SS | Invoice # PH4028, Apr 28, 2012 – Tra | | | |
| TT | Invoice # PH3011, Apr 29, 2012 – B | | | |
| UU | Invoice # PH6001, May 7, 2011 – Ord | | | |

| VV | Invoice # PH2005, May 8, 2011 – McC | | | |
| WW | Invoice # PH2006, May 13, 2011 – McC | | | |
| XX | Invoice # PH2007, May 20, 2011 – McC | | | |
| YY | Invoice # PH2008, May 27, 2011 – McC | | | |
| ZZ | Invoice # PH2008, May 27, 2011 – McC | | | |
| AAA | Invoice # PH6009, May 1, 2012 – Ord | | | |
| BBB | Invoice # PH5014, May 3, 2012 – Moff | | | |
| CCC | Invoice # PH3012, May 10, 2012 – B | | | |
| DDD | Invoice # PH4029, May 17, 2012 – Tra | | | |
| EEE | Invoice # PH7053, May 23, 2012 – Raley's | | | |
| FFF | Invoice # PH7059, May 27, 2012 – Raley's | | | |
| GGG | Invoice # PH7058, May 27, 2012 – Raley's | | | |
| HHH | Invoice # PH7060, May 27, 2012 – Raley's | | | |
| III | Invoice # PH7061, May 27, 2012 – Raley's | | | |
| JJJ | Invoice # PH7062, May 27, 2012 – Raley's | | | |
| KKK | Invoice # PH7054, May 27, 2012 – Raley's | | | |
| LLL | Invoice # PH7054, May 27, 2012 – Raley's | | | |
| MMM | Invoice # PH7056, May 27, 2012 – Raley's | | | |
| NNN | Invoice # PH7057, May 27, 2012 – Raley's | | | |

| OOO | Invoice # PH6002, Jun 4, 2011 - Ord | | | |
| PPP | Invoice # PH4006, Jun 5, 2011 – Tra | | | |
| QQQ | Invoice # PH6003, Jun 9, 2011 – Ord | | | |
| RRR | Invoice # PH7044, Jun 9, 2011 – RCS/Ztech | | | |
| SSS | Invoice # PH 6004, Jun 19, 2011 – Ord | | | |
| TTT | Invoice # PH2010, Jun 27, 2011 – McC | | | |

| | | | | |
|---|---|---|---|---|
| UUU | Invoice # PH4007, Jun 27, 2011 – Tra | | | |
| VVV | Invoice # PH4030, Jun 1, 2012 – Tra | | | |
| WWW | Invoice # PH4031, Jun 8, 2012 – Tra | | | |
| XXX | Invoice # PH7055b, Jun 11, 2012 – Raley's | | | |
| YYY | Invoice # PH7054b, Jun 10, 2012 – Raley's | | | |
| ZZZ | Invoice # PH7057b, Jun 11, 2012 – Raley's | | | |
| AAAA | Invoice # PH7056b, Jun 12, 2012 – Raley's | | | |
| BBBB | Invoice # PH3013, Jun 14, 2012 – B | | | |
| CCCC | Invoice # PH2030, Jun 14, 2012 – McC | | | |
| DDDD | Invoice # PH4032, Jun 15, 2012 – Tra | | | |
| EEEE | Invoice # PH2029, Jun 28, 2012 – McC | | | |
| FFFF | Invoice # PH2011, July 4, 2011 – McC | | | |
| GGGG | Invoice # PH4008, July 22, 2011 – Tra | | | |
| HHHH | Invoice # PH4009, July 23, 2011 – Tra | | | |
| IIII | Invoice # PH7045, July 23, 2011 – RCS/Ztech | | | |
| JJJJ | Invoice # PH4010, July 26, 2011 – Tra | | | |

| | | | | |
|---|---|---|---|---|
| KKKK | Invoice # PH4011, July 26, 2011 – Tra | | | |
| LLLL | Invoice # PH3003, July 26, 2011 – B | | | |
| MMMM | Invoice # PH5002, July 31, 2011 – Moff | | | |
| NNNN | Invoice # PH4036, July 6, 2012 – Tra | | | |
| OOOO | Invoice # PH4035, July 6, 2012 – Tra | | | |
| PPPP | Invoice # PH4033, July 6, 2012 – Tra | | | |
| QQQQ | Invoice # PH2032, July 6, 2012 – McC | | | |
| RRRR | Invoice # PH6010, July 13, 2012 – Ord | | | |
| SSSS | Invoice # PH4034, July 17, 2012 – Tra | | | |

| TTTT | Invoice # PH5015, July 20, 2012 – Moff | | | |
|---|---|---|---|---|
| UUUU | Invoice # PH7063, July 22, 2012 – Dean F. | | | |
| VVVV | Invoice # PH2033, July 23, 2012 – McC | | | |
| WWWW | Invoice # PH4037, July 26, 2012 – Tra | | | |
| XXXX | Invoice # PH5016, July 27, 2012 – Moff | | | |
| YYYY | Invoice # PH6011, July 31, 2012 – Ord | | | |
| ZZZZ | Invoice # PH3004, Aug 1, 2011 – B | | | |
| AAAAA | Invoice # PH7046, Aug 30, 2011 – Raley's | | | |
| BBBBB | Invoice # PH2033, Aug 3, 2012 – McC | | | |
| CCCCC | Invoice # PH2035, Aug 8, 2012 – McC | | | |
| DDDDD | Invoice # PH6012, Aug 8, 2012 - Ord | | | |
| EEEEE | Invoice # PH2036, Aug 10, 2012 – McC | | | |
| FFFFF | Invoice # PH4038, Aug 17, 2012 - Tra | | | |

| GGGGG | Invoice # PH2037, Aug 17, 2012 – McC | | | |
|---|---|---|---|---|
| HHHHH | Invoice # PH4039, Aug 27, 2012 – Tra | | | |
| IIIII | Invoice # PH2038, Aug 27, 2012 – McC | | | |
| JJJJJ | Invoice # PH4040, Aug 31, 2012 – Tra | | | |
| KKKKK | Invoice # PH4012, Sep 5, 2011 – Tra | | | |
| LLLLL | Invoice # PH6005, Sep 11, 2011 – Tra | | | |
| MMMMM | Invoice # PH2012, Sep 20, 2011 – McC | | | |
| NNNNN | Invoice # PH3014, Sep 1, 2012 – B | | | |
| OOOOO | Invoice # PH4041, Sep 4, 2012 – Tra | | | |
| PPPPP | Invoice # PH3015, Sep 5, 2012 – B | | | |
| QQQQQ | Invoice # PH2039, Sep 12, 2012 – McC | | | |
| RRRRR | Invoice # PH4042, Sep 12, 2012 – Tra | | | |

| | | | | |
|---|---|---|---|---|
| SSSSS | Invoice # PH5017, Sep 13, 2012 – Moff | | | |
| TTTTT | Invoice # PH2040, Sep 14, 2012 – McC | | | |
| UUUUU | Invoice # PH4043, Sep 14, 2012 – Tra | | | |
| VVVVV | Invoice # PH3016, Sep 17, 2012 – B | | | |
| WWWWW | Invoice # PH4044, Sep 20, 2012 – Tra | | | |
| XXXXX | Invoice # PH4045, Sep 20, 2012 – Tra | | | |
| YYYYY | Invoice # PH3017, Sep 28, 2012 – B | | | |
| ZZZZZ | Invoice # PH2041, Sep 28, 2012 – McC | | | |
| AAAAAA | Invoice # PH4046, Sep 28, 2012 - Tra | | | |

| | | | | |
|---|---|---|---|---|
| BBBBBB | Invoice # PH1002, Oct 17, 2010 – McC | | | |
| CCCCCC | Invoice # PH1008, Oct 31, 2010 – McC | | | |
| DDDDDD | Invoice # PH5003, Oct 4, 2011 – Moff | | | |
| EEEEEE | Invoice # PH2013, Oct 4, 2011 – McC | | | |
| FFFFFF | Invoice # PH2016, Oct 4, 2011 – McC | | | |
| GGGGGG | Invoice # PH2014b, Oct 4, 2011 – McC | | | |
| HHHHHH | Invoice # PH7047, Oct 19, 2011 – Raley's | | | |
| IIIIII | Invoice # PH7052, Oct 19, 2011 – Raley's | | | |
| JJJJJJ | Invoice # PH7051, Oct 19, 2011 – Raley's | | | |
| KKKKKK | Invoice # PH7050, Oct 19, 2011 – Raley's | | | |
| LLLLLL | Invoice # PH7049, Oct 19, 2011 – Raley's | | | |
| MMMMMM | Invoice # PH7048, Oct 19, 2011 – Raley's | | | |
| NNNNNN | Invoice # PH7047, Oct 19, 2011 – Raley's | | | |
| OOOOOO | Invoice # PH3006c, Oct 20, 2011 – B | | | |
| PPPPPP | Invoice # PH5011, Oct 22, 2011 – Moff | | | |
| QQQQQQ | Invoice # PH5002, Oct 22, 2011 – Moff | | | |

| | | | | |
|---|---|---|---|---|
| RRRRRR | Invoice # PH6006, Oct 23, 2011 – Ord | | | |
| SSSSSS | Invoice # PH5006, Oct 30, 2011 – Moff | | | |
| TTTTTT | Invoice # PH3005b, Oct 30, 2011 – Moff | | | |
| UUUUUU | Invoice # PH6013, Oct 3, 2012 – Ord | | | |
| VVVVVV | Invoice # PH7066, Oct 13, 2012 – Raley's | | | |
| WWWWWW | Invoice # PH7067, Oct 13, 2012 – Raley's | | | |
| XXXXXX | Invoice # PH7068, Oct 13, 2012 – Raley's | | | |
| YYYYYY | Invoice # PH7064, Oct 13, 2012 – Raley's | | | |
| ZZZZZZ | Invoice # PH7065, Oct 13, 2012 – Raley's | | | |
| AAAAAAA | Invoice # PH2042, Oct 13, 2012 – McC | | | |
| BBBBBBB | Invoice # PH7069, Oct 17, 2012 – Fitness | | | |
| CCCCCCC | Invoice # PH2043, Oct 19, 2012 – McC | | | |
| DDDDDDD | Invoice # PH5018, Oct 19, 2012 – Moff | | | |
| EEEEEEE | Invoice # PH2044, Oct 26, 2012 – McC | | | |
| FFFFFFF | Invoice # PH6014, Oct 26, 2012 – Ord | | | |
| GGGGGGG | Invoice # PH7069, Oct 27, 2012 – Raley's | | | |
| HHHHHHH | Invoice # PH4014, Nov 1, 2011 – Tra | | | |
| IIIIII | Invoice # PH4013, Nov 3, 2011 – Tra | | | |
| JJJJJJ | Invoice # PH5008c, Nov 25, 2011 – Moff | | | |
| KKKKKKK | Invoice # PH5009c, Nov 25, 2011 – Moff | | | |
| LLLLLLL | Invoice # PH5008c, Nov 25, 2011 – Moff | | | |
| MMMMMM | Invoice # PH5007, Nov 25, 2011 – Moff | | | |
| NNNNNNN | Invoice # PH2045, Nov 3, 2012 – McC | | | |
| OOOOOOO | Invoice # PH3018, Nov 3, 2012 – B | | | |
| PPPPPPP | Invoice # PH2010, Dec 1, 2010 – Ord | | | |
| QQQQQQQ | Invoice # PH1009, Dec 1, 2010 – McC | | | |

| | | | | |
|---|---|---|---|---|
| RRRRRRR | Invoice # PH1016, Dec 31, 2010 – McC | | | |
| SSSSSSS | Invoice # PH3007b, Dec 27, 2011 – B | | | |
| TTTTTTT | Invoice # PH5010b, Dec 29, 2011 - Moff | | | |
| UUUUUUU | Google Maps – Directions from Salton Sea Way to McC | | | |
| VVVVVVV | Google Maps – Directions from Salton Sea Way to TRA | | | |
| WWWWWWW | Google Maps – Directions from Salton Sea Way to ORD | | | |
| XXXXXXX | Google Maps – Directions from Salton Sea Way to Beale | | | |
| YYYYYYY | Google Maps – Directions from Salton Sea Way to Moff | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |