MICHAEL CHASTAINE, SBN 121209
The Chastaine Law Office
2377 Gold Meadow Way
Gold River, California 95670
 (916) 932-7150
Mike@Chastainelaw.net

Attorney for Albert Mitchell

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA,         )<br>            Plaintiff,                                  )<br>                                                            )<br>      v.                                                   )<br>                                                            )<br>ALBERT MITCHELL,                              )<br>            Defendants.                            )<br>                                                            )<br>                                                            )<br>_____ ) | 12 CR 401 KJM<br><br>ALBERT MITCHELL'S WITNESS LIST<br><br>Date:  June 1, 2016<br>Time: 9:00 a.m.<br>Judge: Hon. Kimberly Mueller |

Proposed defense witnesses:

George Perry

Joseph Brandonberg

Juan Doig

Ernestine Mitchell

Julie Denny

Sofia Paloma Mitchell

Dated:	May 26, 2016


			/s/ Michael Chastaine____
			Michael Chastaine
			Attorney for Albert Mitchell

-1-