PHILLIP A. TALBERT
Acting United States Attorney
JOSH F. SIGAL
Special Assistant United States Attorney
AUDREY B. HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                        Plaintiff,<br><br>             v.<br><br>ALBERT LEE MITCHELL,<br><br>                        Defendant. | CASE NO. 2:12-CR-0401 KJM<br><br>GOVERNMENT'S WITNESS LIST<br><br>DATE: June 6, 2016<br>TIME: 9:00 a.m.<br>COURT: Hon. Kimberly J. Mueller |

The United States, by and through its undersigned counsel, hereby submits the following list of witness it may call in its case-in-chief:

    1.    Daniel Ben-Meir, DHS Special Agent

    2.    Carmen Carrillo

    3.    Brittny Neva

    4.    Jack Comer, DHS Special Agent

    5.    Michael Barge, DHS Special Agent

    6.    George Perry

    7.    Kathy Hammond

    8.    Kurt Blackwelder, DHS Special Agent and Computer Forensic Analyst

    9.    Nicole Solander, DHS Special Agent and Computer Forensic Analyst

10. Mark Martinez, DHS Special Agent and Computer Forensic Agent

11. Custodian of Record, Seagate Technology

12. Custodian of Record, Iomega Industries

The United States reserves the right to call additional witnesses in its case-in-chief as may be necessary, and to call witnesses in rebuttal to any evidence offered by the defendant.

Dated: May 27, 2016

PHILLIP A. TALBERT
Acting United States Attorney

By: /s/ JOSH F. SIGAL and AUDREY B. HEMESATH
JOSH F. SIGAL
Special Assistant United States Attorney
AUDREY B. HEMESATH
Assistant United States Attorney