PHILLIP A. TALBERT
Acting United States Attorney
JOSH F. SIGAL
Special Assistant United States Attorney
AUDREY B. HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>       v.<br><br>ALBERT LEE MITCHELL,<br><br>              Defendant. | CASE NO.  2:12-CR-0401 KJM<br><br>GOVERNMENT'S EXHIBIT LIST<br><br>DATE: June 6, 2016<br>TIME: 9:00 a.m.<br>COURT: Hon. Kimberly J. Mueller |

   The United States of America, by and through the undersigned attorney, hereby submits as the following lists of exhibits it intends to offer in its case-in-chief.  See Attachment A.  The United States requests leave of the Court to move to admit additional exhibits, if necessary, during the course of the trial.

Dated:  May 27, 2016                                              PHILLIP A. TALBERT
                                                                                  Acting United States Attorney


                                                                          /s/ JOSH F. SIGAL and AUDREY B.
                                                                  By:  HEMESATH
                                                                          JOSH F. SIGAL
                                                                          Special Assistant United States Attorney
                                                                          AUDREY B. HEMESATH
                                                                          Assistant United States Attorney

GOVERNMENT'S EXHIBIT LIST                            1