*US v. Albert Lee Mitchell / 2:12-CR-0401 KJM*

Government's Exhibit List

| EXHIBIT ID | DESCRIPTION | BATES NO. | OFFERED | ADMITTED |
|---|---|---|---|---|
| 1 | Comcast Internet Protocol address assignment | 517 | | |
| 1-A | 902(11) certificate for Comcast assignment document | 518 | | |
| 2 | Search warrant sketch of house | 179 | | |
| 3 | Search warrant photo of billing information | 102 (732.jpg) | | |
| 4 | Search warrant photo of password list | 102 (744.jpg) | | |
| 5 | Search warrant photo of firewall | 139 | | |
| 6 | Search warrant photo of home office | 102 (822.jpg) | | |
| 7 | Search warrant photo of suitcase | 102 (735.jpg) | | |
| 8 | Search warrant photo of children's items | 102 (736.jpg) | | |
| 9 | Search warrant photo of children's items | 102 (737.jpg) | | |
| 10 | Search warrant photo of children's items | 102 (738.jpg) | | |
| 11 | Search warrant photo of children's clothing | 102 (739.jpg) | | |
| 12 | Search warrant photo of children's clothing | 102 (740.jpg) | | |
| 13 | Summary chart of digital evidence | 943 | | |
| 14 | Summary chart of Iomega desktop hard drive | 970 | | |
| 15 | Summary chart of HP desktop computer | 971 | | |
| 16 | Pie chart of backup partition – files and folders | 972 | | |
| 17 | Pie chart of backup partition – gigabytes | 973 | | |
| 18 | Solander Report of Investigation | 956-958 | | |
| 19 | Michael Barge Report of Investigation (#4) | 25-27 | | |
| 20 | Michael Barge Report of Investigation (#11) | 127-130 | | |
| 21 | Michael Barge Report of Investigation (#14) | 109-112 | | |
| 22 | Kurt Blackwelder Report of Investigation (#5) | 28-32 | | |
| 23 | Kurt Blackwelder Report of Investigation (#18) | 205-207 | | |
| | | | | |
| **100** | **Iomega Prestige Desktop Hard Drive** | | | |
| 101 | Video "005.part" (for identification purposes only) | | | |
| 101-A | Video clip from "005.part" – 40:12 to 40:16 | | | |
| 102 | Video "006.part" (for identification purposes only) | | | |
| 102-A | Video clip from "006.part" – 6:53 to 7:02 | | | |
| 103 | Video "017.part" (for identification purposes only) | | | |
| 103-A | Video clip from "017.part" – 17:16 to 17:23 | | | |
| 104 | Video "043.part" (for identification purposes only) | | | |
| 104-A | Video clip from "043.part" – 9:00 to 9:06 | | | |
| 104-B | Video clip from "043.part" – 0:00 to 0:07 | | | |
| 105 | Photograph of defendant's safe from search warrant execution | 102 (697.jpg) | | |
| 106 | Photograph of inside defendant's safe from search warrant execution | 102 (0772.jpg) | | |
| | | | | |
| **200** | **Iomega External Hard Drive** | | | |
| 201 | Video "089.part" (for identification purposes only) | | | |
| 201-A | Video clip from "089.part" – 29:21 to 21:30 | | | |
| 202 | Video "002.part" (for identification purposes only) | | | |
| 202-A | Video clip from "002.part" – 0:05 to 0:12 | | | |
| 202-B | Video clip from "002.part" – 4:08 to 4:15 | | | |
| 203 | Video "019.part" (for identification purposes only) | | | |
| 203-A | Video clip from "019.part" – 7:57 to 8:05 | | | |

| EXHIBIT ID | DESCRIPTION | BATES NO. | OFFERED | ADMITTED |
|---|---|---|---|---|
| 203-B | Video clip from "019.part" – 27:11 to 27:17 | | | |
| 204 | Search warrant photo of external hard drive hooked up to desktop computer | 132 | | |
| | | | | |
| **300** | **Hewlett-Packard computer** | | | |
| 301 | Video "013.part" (for identification purposes only) | | | |
| 301-A | Video clip from "013.part" – 5:50 to 5:59 | | | |
| 301-B | Video clip from "013.part" – 11:10 to 11:19 | | | |
| 301-C | Video clip from "013.part" – 18:38 to 18:45 | | | |
| 302 | Video "082.part" (for identification purposes only) | | | |
| 302-A | Video clip from "082.part" – 5:15 to 5:23 | | | |
| 302-B | Video clip from "082.part" – 5:55 to 6:05 | | | |
| 303 | Video "001.part" (for identification purposes only) | | | |
| 303-A | Video clip from "001.part" – :40 to :49 | | | |
| 303-B | Video clip from "001.part" – 1:21 to 1:30 | | | |
| 304 | Video "018.part" (for identification purposes only) | | | |
| 304-A | Video clip from "018.part" – 2:55 to 3:05 | | | |
| 305 | Video "021.part" (for identification purposes only) | | | |
| 305-A | Video clip from "021.part" – 4:00 to 4:08 | | | |
| 305-B | Video clip from "021.part" – 4:31 to 4:40 | | | |
| 306 | Search warrant photo of computer tower | 131 | | |
| 307 | Search warrant photo of computer monitor | 134 | | |
| 308 | Search warrant photo of computer monitor showing facebook website | 136 | | |
| 309 | Search warrant photo of computer monitor showing "curly surmudgeon" | 137 | | |
| 310 | Search warrant photo of computer monitor showing email address | 172 | | |
| 311 | Search warrant photo of computer monitor showing login name | 173 | | |
| 312 | Search warrant photograph of computer screen (Amule) | 144 | | |
| 313 | Search warrant photograph of computer screen (Amule) | 145 | | |
| 314 | Search warrant photograph of computer screen (Amule) | 146 | | |
| 315 | Search warrant photograph of computer screen (Amule) | 147 | | |
| 316 | Search warrant photograph of computer screen (Amule) | 148 | | |
| 317 | Search warrant photograph of computer screen (Amule) | 149 | | |
| 318 | Search warrant photograph of computer screen (Amule) | 150 | | |
| 319 | Search warrant photograph of computer screen (Amule) | 153 | | |
| 325 | Photograph of computer screen | 862 | | |
| 326 | Photograph of computer screen | 874 | | |
| 327 | Photograph of computer screen | 875 | | |
| 328 | Photograph of computer screen | 876 | | |
| 329 | Photograph of computer screen | 877 | | |
| 330 | Photograph of computer screen | 878 | | |
| 331 | Photograph of computer screen | 879 | | |
| 332 | Photograph of computer screen | 880 | | |
| 333 | Photograph of computer screen | 881 | | |
| 334 | Photograph of computer screen | 882 | | |

*US v. Albert Lee Mitchell / 2:12-CR-0401 KJM*

Government's Exhibit List

| EXHIBIT ID | DESCRIPTION | BATES NO. | OFFERED | ADMITTED |
|---|---|---|---|---|
| 335 | Photograph of computer screen | 883 | | |
| 336 | Photograph of computer screen | 884 | | |
| 337 | Photograph of computer screen | 885 | | |
| 338 | Photograph of computer screen | 905 | | |
| 339 | Photograph of computer screen | 907 | | |
| 340 | Photograph of computer screen | 909 | | |
| 341 | Photograph of computer screen | 910 | | |
| 342 | Photograph of computer screen | 911 | | |
| 343 | Photograph of computer screen | 912 | | |
| 344 | Photograph of computer screen | 913 | | |
| 345 | Photograph of computer screen | 914 | | |
| 346 | Photograph of computer screen | 915 | | |
| 347 | Photograph of computer screen | 916 | | |
| 348 | Photograph of computer screen | 918 | | |
| 349 | Photograph of computer screen | 919 | | |
| 350 | Photograph of computer screen | 920 | | |
| 351 | Photograph of computer screen | 921 | | |
| 352 | Photograph of computer screen | 922 | | |
| 353 | Photograph of computer screen | 924 | | |
| 354 | Photograph of computer screen | 925 | | |
| 355 | Photograph of computer screen | 926 | | |
| 356 | Photograph of computer screen | 927 | | |
| 357 | Photograph of computer screen | 929 | | |
| 358 | Photograph of computer screen | 930 | | |
| 359 | Photograph of computer screen | 931 | | |
| 360 | Photograph of computer screen | 932 | | |
| 361 | Photograph of computer screen | 933 | | |
| 362 | Photograph of computer screen | 934 | | |
| 363 | Photograph of computer screen ("Albert" folder) | 965 | | |
| 364 | Photograph of computer screen ("Albert" folder) | 966 | | |
| 365 | Photograph of computer screen ("Albert" folder) | 967 | | |
| 366 | Photograph of computer screen ("Albert" folder) | 968 | | |
| 367 | Photograph of computer screen ("Albert" folder) | 969 | | |
| 370 | Demand letter to Carmen Carrillo from Albert Mitchell | 226 | | |
| 371 | Forensic tool kit information for demand letter | 225 | | |
| 372 | Letter to Land Park Business Services from Albert Mitchell | 228 | | |
| 373 | Forensic took kit information for letter to Land Park Business Services | 227 | | |
| 374 | Legal research document | 230-233 | | |
| 375 | Forensic tool kit information on legal research document | 229 | | |
| 376 | Letter to Land Park Business Services from Albert Mitchell | 240 | | |
| 377 | Forensic took kit information for letter to Land Park Business Services | 239 | | |
| 378 | Letter to Brittny from Albert Mitchell | 242-243 | | |
| 379 | Forensic tool kit information for Brittny letter | 241 | | |
| 380 | Photograph called "curly1213.jpg" | 247 | | |

*US v. Albert Lee Mitchell / 2:12-CR-0401 KJM*

Government's Exhibit List

| EXHIBIT ID | DESCRIPTION | BATES NO. | OFFERED | ADMITTED |
|---|---|---|---|---|
| 381 | Forensic tool kit information for "curly1213.jpg" | 246 | | |
| 382 | Letter to Surewest from Albert Mitchell | 208 | | |
| | | | | |
| **500** | **Dell Inspiron laptop computer** | | | |
| 501 | Search warrant photo of Dell laptop computer | 102 (758.jpg) | | |
| 502 | Search warrant photo of Dell laptop computer | 102 (759.jpg) | | |
| 503 | Resume of Albert Mitchell | 960-962 | | |
| 503-A | Forensic tool kit information on resume of Albert Mitchell | 959 | | |
| 504 | Color photograph of Albert Mitchell's passport | 964 | | |
| 505 | Letter to American Legion from Albert Mitchell | 963 | | |
| | | | | |
| **700** | **Averatec Laptop, product key WYVJW-2X3J9-3473P** | | | |
| 701 | Photograph of Averatec laptop | 524 | | |
| 702 | Encase report detailing documents located on Averatec laptop, product key WYVJW-2X3J9-3473P | 1003 | | |
| 703 | Letter from Albert Lee Mitchell to Rob Canfield | 1004 | | |
| 704 | Seller's permit for Powerhouse | 1005 | | |
| 705 | Claim for damage | 1006 | | |
| | | | | |
| **800** | **My Book external hard drive, serial number WACASU-4890595** | | | |
| 801 | Photograph of My Book hard drive | 525 | | |
| 802 | Encase report detailing documents located on My Book external hard drive, serial number WACASU-4890595 | 1010-1011 | | |
| 803 | Letter from Albert Lee Mitchell to Ted Barstow | 1007 | | |
| 804 | Letter from Albert Lee Mitchell to Sandy McAmoil | 1008 | | |
| 805 | Letter from Albert Lee Mitchell to Richard Ho | 1009 | | |
| | | | | |
| **1000** | **Hitachi hard drive, serial number K5V3XMLH** | | | |
| 1001 | Photograph of Hitachi hard drive | 526 | | |
| 1002 | Encase report detailing documents located on Hitachi hard drive, serial number K5V3XMLH | 978-979 | | |
| 1003 | Letter from Albert Lee Mitchell to Paul Cummings | 980-981 | | |
| 1004 | Letter from Albert Lee Mitchell to Ted Miller | 982 | | |
| 1005 | Experience and Work History document | 983-986 | | |
| | | | | |
| **1100** | **White computer tower (C) with two hard drives: Western Digital hard drive, serial number, and Western Digital hard drive, serial number WCAC87826742 WMAEH2550571** | | | |
| 1101 | Photograph of white computer tower | 528 | | |
| 1102 | Encase report detailing documents located on white computer tower (C) | 999 | | |
| 1103 | Letter from Albert Lee Mitchell to Marcia Spies | 1000 | | |
| 1104 | Letter from Albert Lee Mitchell to Skip Johnson | 1001-1002 | | |
| 1105 | Signature block of Albert Lee Mitchell | 998 | | |

*US v. Albert Lee Mitchell / 2:12-CR-0401 KJM*

Government's Exhibit List

| EXHIBIT ID | DESCRIPTION | BATES NO. | OFFERED | ADMITTED |
|---|---|---|---|---|
| **1106** | **White computer tower (B) with Western Digital hard drive, serial number WCA8E6028320** | | | |
| 1107 | Photograph of white computer tower | 529 | | |
| 1108 | Search warrant photograph of white computer towers | 102 (jpg.773) | | |
| 1109 | Encase report detailing documents located on white computer tower (B) with Western Digital hard drive, serial number WCA8E6028320 | 991 | | |
| 1110 | Resume of Albert Lee Mitchell | 992-993 | | |
| 1111 | Resume of Albert Lee Mitchell | 994-995 | | |
| 1112 | Resume of Albert Lee Mitchell | 996-997 | | |
| | | | | |
| **1113** | **Systium computer tower, serial number 52000001025** | | | |
| 1114 | Photograph of Systium computer tower | 138 | | |
| 1115 | Photograph of Systium computer tower | 527 | | |
| 1116 | Encase report detailing documents located on Systium computer, serial number 52000001025 | 987 | | |
| 1117 | Letter from Albert Lee Mitchell to Michael Kuhlmann | 988 | | |
| 1118 | Resume of Albert Lee Mitchell | 989-990 | | |