1 | PHILLIP A. TALBERT
Acting United States Attorney
2 | AUDREY B. HEMESATH
JOSH F. SIGAL
3 | Assistant United States Attorneys
501 I Street, Suite 10-100
4 | Sacramento, CA 95814
Telephone: (916) 554-2700
5 |
6 | Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:12-CR-401 KJM |
| Plaintiff, | STIPULATION REGARDING ELEMENTS OF THE OFFENSE |
| v. | |
| ALBERT LEE MITCHELL, | |
| Defendant. | |

The United States of America, through its counsels of record, Phillip A. Talbert, Acting United States Attorney, and Josh Sigal and Audrey Hemesath, Assistant United States Attorneys, and defendant Albert Lee Mitchell, through his counsel Michael Chastaine, stipulate and agree to the following:

1. That the following videos are visual depictions produced using minors engaging in sexually explicit conduct:

Young Video Models Nadia - N17 (13y).avi
YoungVideoModels - N08 CLIP - Nadia 13yo (7m06s) (YVM).avi
Young Video Models - Nk01 - Nadia 13Yo & Kate 13Yo (60M) (Youngvideomodels Yvm).avi
(Raygold) Dad Takes His 8Yo Daughter To The Woods And Fuck.mpg
(Thai Pthc) (å.¤å..) Pthc 2009 Lollipop Issue 1-3 Milla 11Yo And Suzi 8Yo)complete.AVI
yoGirls-Thai-Lollipop-Issue-1-3-Milla-11Yo-And-Suzi-8Yo-complete-Hq-30m25s.avi
(Children-sf-1man) Pthc - Barbara (12Yo) - Two Lolite and one Children Fuck With man - Vid. 2 - [Kinderkutje-Pedoland][RU][00.16.20].mpg
Young Video Models - Nadia - N14 (youngvideomodels yvm).avi
(Pthc) Jho - Tara Moscow 45 (Part 1) - Maskedgirl (12Yo) Fucked And Dildo Same Time (24m55S).avi
Lollipop Les Issue2-14 Cute Preteens Rubbing Each Some Nude.avi
(Children-sf-1man) Pthc - Jenny (10Yr) - Menage 6_Little Slut Jenny - Compilation Jan. 2008 - [USA][00.20.06].avi
Young Video Models - N31 - Nadia 14yo (60m) (youngvideomodels yvm).avi
(Pthc)(Japan Lolita) Schoolchild 5 - Kikuko 10yo - Japanese preteen loli fucked ante-portas, final defloration, crying & tears (9m40s).mpg

2. That anyone looking at any one of these file titles, or the videos themselves, would have known that they were downloading child pornography.

3. That anyone looking at any one of these file titles, or the videos themselves, would have known that the children in the videos were under the age of 18.

4. That anyone looking at any one of these file titles, or the videos themselves, would have known that the videos use children involved in sexually explicit conduct.

5. That anyone looking at any one of these filed titles, or the videos themselves, would have known that the minor children in the videos are real people.

6. That these visual depictions travelled in interstate commerce when they were received in the state of California onto one or more computers manufactured outside the state of California.

7. That the "Jenny" video was filmed in Michigan, outside the state of California, and received in California.

8. That if called to testify, Special Agent Daniel Ben-Meir would state that he has met the victim, "Jenny," that she is a real child, that she was nine years old when he met her, and that she was younger than that when the videos were filmed. He would further testify that the "Jenny" video at issue in this case is approximately 20 minutes in length and depicts a girl performing oral sex on an adult man and a dog. At times the girl is tied up with yellow rope around her arms and legs and has a blindfold on.

9. That the production of each of these videos involved the use of a minor engaging in sexually explicit conduct.

10. That the person who downloaded these videos from the internet knowingly received child pornography.

11. That the videos were downloaded by IP address 24.7.174.37, at 7527 Salton Sea Way, Sacramento, in the State and Eastern District of California between April 16, 2012 and November 5, 2012.

12. That the first four videos were located on an Iomega Prestige

1. Desktop Hard Drive, which has been marked as Government's Exhibit 100.
2. 13. That the next four videos were located on an Iomega External Hard Drive, which has been marked as Government's Exhibit 200.
3. 14. That the last five videos were located on a Hewlett-Packard tower computer, which has been marked as Government's Exhibit 300.

It is so stipulated.

Dated: June 2, 2016

PHILLIP A. TALBERT
Acting United States Attorney

By: _____
AUDREY B. HEMESATH
JOSH F. SIGAL
Assistant United States Attorneys

Dated: 6/2/16

_____
MICHAEL CHASTAINE
Attorney for Albert Lee Mitchell

I understand that the government is required to prove each element of the offense, 18 U.S.C. § 2252(a)(2), beyond a reasonable doubt. I nevertheless waive the right to have the government prove each element of the offense to the extent those elements are now proven by this stipulation. I knowingly and voluntarily sign this stipulation after consultation with my attorney.

Dated: 06/02/16

_____
ALBERT LEE MITCHELL
Defendant

3