```
Michael L. Chastaine SBN 121209
The CHASTAINE LAW OFFICE
2377 Gold Meadow Way, Suite 100
Gold River, CA 95670
(916) 932-7150
Email: Mike@Chastainelaw.net

Attorney for Defendant
Albert Mitchell
```

**FILED**

NOV 16 2016

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK



UNITED STATES DISTRICT COURT

IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America, | Case No.: 2:12 CR 401 |
| Plaintiff, | |
| vs. | ~~PROPOSED~~ ORDER GRANTING DEFENDANT'S REQUEST TO SEAL DEFENDANT'S OBJECTIONS TO PSR AND SENTENCING MEMORANDUM, INCLUDING ANY AND ALL ATTACHMENTS THERETO |
| ALBERT MITCHELL, | |
| Defendant. | |
| | Date: November 16, 2016 |
| | Time: 9:00 am |
| | Judge: Hon. Kimberly Mueller |

## ORDER

IT IS HEREBY ORDERED that Defendant's Request to Seal ECF Document Number 192, which includes (1) "Defendant's Objections to PSR and Sentencing Memorandum" and (2) "Any and all attachments to the foregoing Defendant's Objections to PSR and Sentencing Memorandum" is GRANTED.

DATED: November 16, 2016

_____
Hon. Kimberly Mueller