IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case №: 2:12-cr-00401-KJM |
| Plaintiff, | ) | |
| | ) | O R D E R |
| vs. | ) | APPOINTING COUNSEL |
| | ) | |
| ALBERT LEE MITCHELL, | ) | |
| | ) | |
| Defendant. | ) | |

The court referred this case to the Federal Defender to identify a CJA panel attorney to represent the defendant. Erin Radekin is hereby appointed effective July 23, 2019, the date the Office of the Federal Defender contacted her.

DATED: July 29, 2019.

_____
UNITED STATES DISTRICT JUDGE