**ERIN J. RADEKIN, SBN 214964**
1001 G Street, Suite 107
Sacramento, CA 95814
Telephone: (916) 504-3931
Facsimile: (916) 447-2988
Email: erinjradekin@gmail.com

Attorney for Defendant
ALBERT LEE MITCHELL

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>ALBERT LEE MITCHELL,<br><br>　　　　　　　　Defendant. | CASE NO. 2:12-CR-00401-KJM<br><br>**ORDER TO ENLARGE TIME** |

### ORDER

For the reasons set forth in the accompanying motion and declaration of counsel, and good cause appearing, the time to file defendant's reply brief, is enlarged by 90 days, making it due on September 8, 2020.

IT IS SO ORDERED.

DATED: July 8, 2020.

_____
CHIEF UNITED STATES DISTRICT JUDGE

1