**ERIN J. RADEKIN, SBN 214964**
1001 G Street, Suite 107
Sacramento, CA 95814
Telephone: (916) 504-3931
Facsimile: (916) 447-2988
Email: erinjradekin@gmail.com

Attorney for Defendant
ALBERT LEE MITCHELL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:12-CR-00401-KJM |
| Plaintiff, | |
| v. | **AMENDED ORDER TO ENLARGE TIME** |
| ALBERT LEE MITCHELL, | |
| Defendant. | |

**ORDER**

For the reasons set forth in the accompanying motion and declaration of counsel, and good cause appearing, the time to file defendant's reply brief, is enlarged by 90 days, making it due on May 6, 2021.

IT IS SO ORDERED.

DATED:  March 3, 2021.

_____
CHIEF UNITED STATES DISTRICT JUDGE

1