# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America, | No. 2:12-cr-00401-KJM-1 |
| Plaintiff, | ORDER |
| v. | |
| Albert Lee Mitchell, | |
| Defendant. | |

Defendant Albert Mitchell has submitted a pro se filing, requesting an expedited hearing. ECF No. 303. As defendant is represented by counsel, legal briefs he files pro se are disregarded. Defendant has been notified repeatedly that the court will not consider his pro se filings given that he is represented. *See* Minute Order, ECF No. 224 (disregarding filing at ECF No. 223); Minute Order, ECF No. 232 (disregarding filings at ECF Nos. 229, 230 and 231); Minute Order, ECF No. 240 (disregarding filings at ECF Nos. 233, 234, 235, 236, 237 and 238); Minute Order, ECF No. 261 (disregarding filing at ECF No. 260); Minute Order, ECF No. 264 (disregarding filing at ECF No. 262); Minute Order, ECF No. 283 (disregarding filing at ECF No. 281); Minute Order, ECF No 296 (disregarding filing at ECF No. 295); Minute Order, ECF No 299 (disregarding filing at ECF No. 298); Minute Order, ECF No. 302 (disregarding filings at ECF Nos. 300 and 301).

/////

1

Defendant's most recent filing at ECF No. 303 is **disregarded and stricken**. For as long as defendant is represented by counsel, any future submission he attempts to file on his own will not be filed on the court's docket. The Clerk of Court is directed to return any such submissions to defendant without filing.

IT IS SO ORDERED.

DATED: June 18, 2021.

_____
CHIEF UNITED STATES DISTRICT JUDGE