# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America, | No. 2:12-cr-00401-KJM-1 |
| Plaintiff, | ORDER |
| v. | |
| Albert Lee Mitchell | |
| Defendant. | |

On December 7, 2022, the court denied defendant Albert Mitchell's motion for compassionate release under 18 U.S.C. § 3582(c). Order, ECF No. 358. Defendant, proceeding pro se, now requests an extension of time to February 13, 2023 to file a motion for reconsideration. Mot., ECF No. 359. The court **grants** defendant's request and hereby orders:

1. Defendant shall file his motion for reconsideration by February 13, 2023.
2. The government shall file a response to defendant's motion by February 27, 2023.
3. Defendant's reply, if any, shall be filed by March 13, 2023; whereupon the matter will be submitted.
4. The court will not accept any supplemental briefing. Defendant is cautioned that any filings outside of this briefing schedule will be disregarded unless the defendant has received advanced leave of court to submit additional filings.

This order resolves ECF No. 359.

1    IT IS SO ORDERED.

2    DATED: January 10, 2023.

3
_____
CHIEF UNITED STATES DISTRICT JUDGE