UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America, | No. 2:12-cr-00401-KJM |
| Plaintiff, | ORDER |
| v. | |
| Albert Lee Mitchell | |
| Defendant. | |

On January 11, 2023, the court granted defendant Albert Mitchell's motion for an extension of time to file a motion for reconsideration. Prior Order, ECF No. 360. The deadline to file the motion was February 13, 2023. Defendant now moves for a further extension of time to file his motion because of health issues. Good cause appearing, the court **grants** defendant's request and hereby orders:

1. Defendant shall file his motion for reconsideration within fourteen (14) days of the filing date of this order.
2. The government shall file a response to defendant's motion within fourteen (14) days of the filing date of the motion.
3. Defendant's reply, if any, shall be filed within fourteen (14) days of the filing date of the government's response.

1

4. The court will not accept any supplemental briefings.  Defendant is cautioned that any filings outside of this briefing schedule will be disregarded unless defendant has received leave of court to submit additional filings.

This order resolves ECF No. 361.

IT IS SO ORDERED.

DATED: March 3, 2023.

_____
CHIEF UNITED STATES DISTRICT JUDGE